# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 12, 2025

## NO. 03-24-00747-CV

**Pam Fielding and Bill Fielding, Appellants**

**v.**

**Pedernales Electric Cooperative, Inc., Appellee**

**APPEAL FROM 33RD DISTRICT COURT OF BLANCO COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS**
**DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE ELLIS**

This is an appeal from the final judgment signed by the trial court on October 15, 2024. The parties have filed a joint motion to render judgment and dismiss the case; and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion, renders judgment effectuating the parties' settlement agreement, and dismisses the case. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.